**RECEIVED**

MAY 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:    ASBESTOS PRODUCTS LIABILITY LITIGATION
          MDL 875

Dear Clerk:

The enclosed copy of a Conditional Transfer Order (CTO-321) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure



A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on May 05, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 17, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 09 - 0799 JL
(SEE ATTACHED SCHEDULE)

FILED
MAY 12 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-320)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,463 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

May 05, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5-5-09
ATTEST: Tom De posy
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

### SCHEDULE CTO-321 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 09-125 | Harry Maiben v. CSX Transportation, Inc. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-2317 | Lois Jean Conner, et al. v. Alfa Laval, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 08-4094 | Elizabeth Wasilewski, et al. v. Kaiser Ventures, LLC |
| CAN | 3 | 08-4359 | Jean O'Sullivan, et al. v. Kaiser Ventures, LLC, et al. |
| CAN | 3 | 09-363 | Patricia Embrey, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-366 | Bruce Waygood v. United States Steel Corp., et al. |
| CAN | 3 | 09-708 | Maurine Marcum, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-709 | Daniel Riedinger v. General Electric Co., et al. |
| CAN | 3 | 09-745 | Virginia Simme, etc. v. Warren Pumps, LLC, et al. |
| CAN | 3 | 09-799 | Diana Hines, et al. v. United Technologies Corp., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 08-1464 | Herbert Barnes, et al. v. Buffalo Pumps, Inc., et al. |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 09-550 | Delores M. Brecker, etc. v. American Standard, Inc., et al. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 09-84 | Lulu Irene Shotts, etc. v. General Electric Co., et al. |
| **LOUISIANA MIDDLE** | | | |
| ~~LAM~~ | ~~3~~ | ~~08-777~~ | ~~Henrietta McCrary, et al. v. United States of America~~ |
| | | | Opposed 5/4/09 |
| **MARYLAND** | | | |
| MD | 1 | 09-696 | William Gulley, et al. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | | | |
| ME | 1 | 09-101 | Marsha J. Richelli, etc. v. Metropolitian Life Insurance Co., et al. |

**MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 09-137 | Jerry Allen Wilhelm, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-161 | Elijah Junior Caraway, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-162 | Richard Earl Hunning, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-163 | Grady K. Pickler, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-180 | Howard Ray Greene, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-181 | Ray Carson Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-182 | Carl Luther Hoffner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-188 | William Vernon McKinney, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-189 | Bobby Eugene Shackleford, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-197 | Marty Lee Snider, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-198 | Lawson Kim Starnes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-205 | Philip D. Iddings, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-222 | Dillard Hall v. Aqua-Chem, Inc., et al. |
| ~~NCM~~ | ~~1~~ | ~~09-223~~ | ~~Philip Walter Herion, et al. v. Daniel International Corp., et al.~~ Opposed 5/1/09 |
| NCM | 1 | 09-228 | Charles Glenn Pethel, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 09-245 | James Quincy Greene, Sr., et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 09-103 | Terry Wayne Rodgers, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-104 | Joseph Hubert Ball, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-105 | Delkie Roger Brown, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-107 | Leonard Douglas Campbell, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-111 | Peter Charles Smith v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-112 | Stark Allison Weatherman v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-113 | Ricky Jeyrl Wilkinson, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-115 | William Francis Pritchard, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-119 | James Daniel Bailey, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-120 | Ronnie Joel Barnes, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-121 | Joseph Lee Bivens, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-122 | Robert Edgar Dalton, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-123 | Banks Aaron Drye, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-124 | Kate Rhyn Hullett, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-125 | Robert Lee Hunsucker, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-127 | Willie Eugene Dunlap, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-129 | Jeffery Dean Jones, et al. v. Aqua-Chem, Inc., et al. |

NEW JERSEY

| | | | |
|---|---|---|---|
| ~~NJ~~ | ~~2~~ | ~~09-504~~ | ~~Theresa C. Poggioli, et al. v. A.J. Friedman Supply Co., Inc., et al.~~ Opposed 5/4/09 |

**MDL No. 875 - Schedule CTO-321 Tag-Along Actions (Continued)**

SOUTH CAROLINA
  SC  0  09-621     Ronald Steve Pursley, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-624     William Carl Simmons, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-627     Robert Brent McCammon, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-663     Samuel Roy Jackson, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-733     Donald Eugene Broome, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-761     Herman Lee Jones, et al. v. Aqua-Chem, Inc., et al.
  SC  0  09-768     Stephen Craig Potter, et al. v. Aqua-Chem, Inc., et al.
  SC  4  09-734     Michael Daniel Hedrick, et al. v. Aqua-Chem, Inc., et al.
  SC  6  09-662     Stanley Gerald Henderson, et al. v. Aqua-Chem, Inc., et al.
  SC  7  09-668     Ronald Wayne Metz, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-654     Joseph Hart Harrison v. Aqua-Chem, Inc., et al.
  SC  8  09-656     George Herbert Gossett, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-664     Keller Brandt McCall, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-665     Tony Ike McDaniel, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-667     Donnie Lynn McMahan, et al. v. Aqua-Chem. et al.
  SC  8  09-735     Shannon D. Lentz, et al. v. Aqua-Chem, Inc., et al.
  SC  8  09-763     Thomas Mitchell Hammett, et al. v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
  VAE 2  09-9500    Roger H. Abbott v. American Standard, Inc., et al.
  VAE 2  09-9501    Donald F. Brooks v. American Standard, Inc., et al.
  VAE 2  09-9502    Elmer Brooks v. American Standard, Inc., et al.
  VAE 2  09-9503    Kenneth J. Carter v. American Standard, Inc., et al.
  VAE 2  09-9504    Norman B. Cook v. American Standard, Inc., et al.
  VAE 2  09-9505    William H. Monroe, Jr., etc. (Charles Franklin Greene) v.
                    American Standard, Inc., et al.
  VAE 2  09-9506    Clifford D. Henderson v. American Standard, Inc., et al.
  VAE 2  09-9507    Trina Baldwin v. American Standard, Inc., et al.
  VAE 2  09-9508    John M. Kellog v. American Standard, Inc., et al.
  VAE 2  09-9509    Gary A. Smith v. American Standard, Inc., et al.
  VAE 2  09-9510    Warren D. Janke v. American Standard, Inc., et al.
  VAE 2  09-9511    Edward L. Stanaland v. American Standard, Inc., et al.
  VAE 2  09-9512    Robert J. Hoey v. American Standard, Inc., et al.
  VAE 2  09-9513    Titus R. Shelby v. American Standard, Inc., et al.
  VAE 2  09-9514    James C. Spangler v. American Standard, Inc., et al.
  VAE 2  09-9515    Paul J. Willacker v. American Standard, Inc., et al.
  VAE 2  09-9516    Arlen L. Willis v. American Standard, Inc., et al.
  VAE 2  09-9517    Robert W. Yokley v. American Standard, Inc., et al.
  VAE 2  09-9518    Ollie B. Pearson v. American Standard, Inc., et al.
  VAE 2  09-9519    Donald H. Stewart v. American Standard, Inc., et al.
  VAE 2  09-9520    Frank H. Todd v. American Standard, Inc., et al.